NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

TIANRUI GROUP COMPANY LIMITED and
TIANRUI GROUP FOUNDRY COMPANY LIMITED,
*Appellants,*

and

STANDARD CAR TRUCK COMPANY, INC. and
BARBER TIANRUI RAILWAY SUPPLY, LLC,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

and

AMSTED INDUSTRIES INCORPORATED,
*Intervenor.*

---

2010-1395

---

On appeal from the United States International Trade
Commission in Investigation No. 337-TA-655.

---

ON MOTION

---

# ORDER

Upon consideration of Amsted Industries Incorporated's unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

JUL 0 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven H. Hoeft, Esq.
Tom M. Schaumberg, Esq.
Clint A. Gerdine, Esq.
Gregory J. Vogler, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2010

JAN HORBALY
CLERK